IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MUHAMMED HARGROVE, | : | |
| Petitioner, | : | CIVIL ACTION NO. 17-112 |
| v. | : | |
| CYNTHIA LINK and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | : | |
| Respondents. | : | |

## **ORDER**

**AND NOW**, this 17th day of May, 2019, the petitioner, Muhammed Hargrove, having filed a petition for a writ of habeas corpus seeking the reinstatement of his direct appeal rights in state court (Doc. No. 1); and the respondents having indicated during the May 16, 2019 telephone conference that they have no objection to the court granting the relief requested in the petition; and, for good cause shown, it is hereby **ORDERED** as follows:

1. The clerk of court shall **REMOVE** this matter from civil suspense and **RETURN** it to the court's active docket;

2. The petition for a writ of habeas corpus (Doc. No. 1) is conditionally[1] **GRANTED** and the petitioner's direct appeal rights in state court shall be reinstated;

3. The petitioner shall have thirty (30) days from the date of this order to file a notice of appeal with the Office of Judicial Records;

4. The court **DECLINES TO ADOPT** the report and recommendation (Doc. No. 17) insofar as it is now moot; and

---

[1] The petition is conditionally granted to require the Commonwealth of Pennsylvania to reinstate the petitioner's direct appeal rights *nunc pro tunc* and accept the petitioner's anticipated notice of appeal within the period set forth in this order or this court will vacate the petitioner's conviction.

5. The clerk of court is **DIRECTED** to mark this case **CLOSED**.

                                                BY THE COURT:

                                                /s/ *Edward G. Smith*
                                                EDWARD G. SMITH, J.